Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANK A. STEVENS, Appellant, v. CHARLES F. HEALY, Respondent.— Judgment and order reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that the court erred in charging the jury that in arriving at their verdict they should consider the effect of their verdict on the defendant's professional reputation. This error was not cured by the other portions of the charge, but was accentuated by the court's comment in declining to charge one of plaintiff's requests. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS SCHNEIDER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. Respondent's points stricken from the files as scandalous. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BERTHA MOSKOFF, an Infant, by LOUIS MOSKOFF, Her Guardian ad Litem, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $500; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES W. CULKIN, as Sheriff of the County of New York, and FRANKONIA, INC., Respondents, v. DRAEGER SHIPPING COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BROOKLYN NATATORIUM, INC., Appellant, v. PAUL E. MOSES, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EDWARD F. OTTO, Respondent, v. ROBERT NEELEY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the presumption of control arising from ownership was overcome by credible and unimpeached testimony. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

A. WIMPFHEIMER & BRO., INC., Appellant, v. EMANUEL GOODMAN and Another, Respondents.— Judgment and order modified by providing that the judgment rendered for the defendants and the dismissal of the complaint are not upon the merits, but solely for failure of proof, and as so modified affirmed, with costs to the respondents. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

A. WIMPFHEIMER & BRO., INC., Appellant, v. SAMUEL BIENSTOCK and Another, Respondents.— Judgment and order modified by providing that the judgment rendered for the defendants and the dismissal of the complaint are not upon the merits, but solely for failure of proof, and as so modified affirmed, with costs to the respondents. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.